**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) No. 1:21-cv-2006-SEB-TAB |
| Plaintiffs, | ) |
| v. | ) |
| CARRERA PLASTER RESTORATION LLC, a Missouri domestic limited liability company, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, CARRERA PLASTER RESTORATION LLC without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    MARK MCCLESKEY, et. al.

    /s/ Donald D. Schwartz
    Donald D. Schwartz
    Attorney for Plaintiffs

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438
dds@andklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 1st day of November 2021, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

>CARRERA PLASTER RESTORATION LLC
>C/O ITS REGISTERED AGENT, JASON M. CARRERA
>6517 MICHIGAN AVENUE
>ST. LOUIS, MISSOURI 63111

/s/ Donald D. Schwartz
Donald D. Schwartz

ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438
dds@aandklaw.com